PROB 12C
(6/16)

Report Date: August 9, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. MCAVOY, CLERK

Name of Offender: Eugene Martin Stillwell          Case Number: 0980 2:18CR00079-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 1, 2019

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 5 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 32 Months; TSR - 48 Months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: | July 16, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | July 15, 2025 |

## PETITIONING THE COURT

**To issue a <u>SUMMONS</u>**.

On July 19, 2021, Mr. Eugene Stillwell signed his conditions relative to case number 2:18CR00079-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Eugene Stillwell is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on approximately four separate occasions throughout the week of July 24, 2023, and most recently using on or about July 29, 2023, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on July 27, 2023, Mr. Stillwell was contacted telephonically by the undersigned officer and directed to report to the contract provider for random urinalysis testing, to which he committed. On July 28, 2023, the undersigned officer received notification from the contract provider that the client had failed to appear for urinalysis testing as directed. Mr. Stillwell was again contacted and he indicated he had to work late the night prior. Mr. Stillwell was again directed to report to the contract provider for urinalysis testing on the day |

Prob12C
Re: Stillwell, Eugene Martin
August 9, 2023
Page 2

in question, and he denied relapsing. Mr. Stillwell again responded that he would be able to report for testing as directed.

On July 31, 2023, the undersigned officer received notification that Mr. Stillwell had again failed to report for urinalysis testing. Mr. Stillwell was contacted for a third time and was again directed to report to the contract provider on the day in question for testing. Mr. Stillwell subsequently reported to the contract provider as directed and submitted a urinalysis sample that tested presumptive positive for methamphetamine. A drug use admission form was subsequently received by the undersigned officer in which Mr. Stillwell signed the document, admitting he previously ingested methamphetamine, occurring on about July 28, 2023.

On August 2, 2023, Mr. Stillwell was contacted by the undersigned officer telephonically, at which time he admitted previously ingesting methamphetamine on Friday, July 28, 2023, and potentially into the early morning hours of July 29, 2023. Mr. Stillwell admitted that his previous failure to report for urinalysis testing as directed was a result of his recent decision to use methamphetamine. Mr. Stillwell elaborated that he had used approximately four times throughout the week prior, citing anxiety and stress as a result of recently increased hours at his place of employment, as well as a recent infestation in his residence.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 9, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

August 9, 2023
Date